Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
ELVIA CHAVEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA CHAVEZ,<br><br>       Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:20-cv-01843-CKD<br><br>STIPULATION & ORDER FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be August 26, 2021. This is Plaintiff's first request for an extension of time. Plaintiff needs additional time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters and length of this administrative record. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: July 21, 2021                          Respectfully submitted,


                                              /s/ *Jared T. Walker*
                                              Jared T. Walker,
                                              Attorney for Plaintiff

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

Dated: July 21, 2021        By:    /s/ *S. Wyeth McAdam
                                        (*authorized by email on 7/21/2021)
                                        S. Wyeth McAdam
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: July 23, 2021

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE